UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEBORAH DONOGHUE,

    Plaintiff,

- v -

NORTHWEST BIOTHERAPEUTICS, INC.,

    Nominal Defendant,

- and -

COGNATE BIOSERVICES INC.,

    Defendant.

ECF CASE

15 Civil 1492 (KPF)

## PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT AND AWARD OF AGREED ATTORNEY'S FEES INCLUSIVE OF DISBURSEMENTS

**PLEASE TAKE NOTICE** that plaintiff will move this court before the Hon. Katherin Polk Failla, U.S. District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time of the court's choosing, for approval of the terms of the Stipulation of Settlement submitted to the Judgments Clerk in this action on or about October 23, 2015, but not yet docketed, and for the award of a fair and reasonable fee to plaintiff's attorneys in the amount of $125,000. This motion is based upon the affirmation of David Lopez, Esq. and all the papers and proceedings heretofore had herein. A copy of the Stipulation of Settlement appears as Exhibit A to the aforesaid affirmation.

Dated: Southampton, New York
October 23, 2015

_____
David Lopez, Esq. (DL-6799)
*Attorney for Plaintiff*

David Lopez, Esq.
171 Edge of Woods Road
P.O. Box 323
Southampton, New York 11968
Tel: 631.287.5520
Fax: 631.283.4735
E-Mail: DavidLopezEsq@aol.com

Miriam Tauber, Esq.
885 Park Avenue, #2A
New York, New York 10075
E-Mail: miriamtauberlaw@gmail.com